**Order entered September 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00648-CV

## IN THE ESTATE OF JOHN M. HOUSTON, DECEASED

**On Appeal from the Collin County Probate Court**
**Collin County, Texas**
**Trial Court Cause No. PB-001-56605**

## ORDER

Before the Court is appellant's September 7, 2017 letter regarding the reporter's record. Appellant informs us she has been communicating with the court coordinator to "contact the Court Reporters whom can produce the transcripts related to this case." She states records exist for proceedings held January 11, 2017, March 8, 2017, and May 1, 2017, and she appears to be seeking preparation of the record of the proceedings held April 18, 2016 and September 27, 2016.

We note the clerk's record contains a "deputy reporter statement" reflecting Jacqueline Love-Worline recorded the proceedings held May 1, 2017. No other "deputy reporter statement[s]" are in the record. We further note that the Collin County Probate Court does not have an official court reporter, and proceedings in the court may be electronically tape recorded. *See* TEX. GOV'T CODE ANN. § 25.0453(g) (West Supp. 2016). Accordingly, based on the record and information before us, we **ORDER** the Honorable Weldon Copeland, Presiding Judge of the

Probate Court of Collin County, to provide the Court with a list of all proceedings in this case that were stenographically recorded or electronically tape recorded. Judge Copeland shall also provide the names and contact information of the reporter(s) and recorder(s) who are responsible for the record of each recorded proceeding. The requested information shall be included in a supplemental clerk's record to be filed **WITHIN TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order to Judge Copeland, Collin County Clerk Stacey Kemp, and the parties.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE